DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HOWARD HARDING,**
Appellant,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, UNKNOWN SPOUSE OF HOWARD HARDING, KENNETH A. NIEFELD, TRUSTEE OF THE RITA N. OGRIN REVOCABLE TRUST AGREEMENT DATED APRIL 23, 1996, MEL OGRIN ENTERPRISES, LLC, MARK OGRIN,** and **UNKNOWN TENANT IN POSSESSION OF THE SUBJECT PARTY,**

Appellees.

No. 4D16-2076

[August 3, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 50-2013-CA-001434-XXXX-MB.

Arthur E. Alves, II and Kendrick Almaguer of The Ticktin Law Group, PLLC, Deerfield Beach, for appellant.

Brandon S. Vesely of Albertelli Law, Tampa, for appellee Federal National Mortgage Association.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***